HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAVIER CASTILLO,

    Plaintiff,

v.

WCC SUPERINTENDENT, *et al.*,

    Defendants.

CASE NO. C18-5796RBL

ORDER

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. # 40]. The R&R recommends that the Court Grant Defendants' Motion for Summary Judgment [Dkt. # 26] and Dismiss the case with prejudice. It also recommends revoking Plaintiff Castillo's *in forma pauperis* status in the event he appeals.

(1) The Report and Recommendation is **ADOPTED**;

(2) Defendants' Motion for Summary Judgment is **GRANTED**, and all of Castillo's claims are **DISMISSED** with prejudice;

(3) For the reasons articulated in the R&R, Castillo's *in forma pauperis* status is **REVOKED** in the event of an appeal;

(4) Castillo's Motion for an Extension of Time [Dkt. # 41] is **DENIED** as moot; and

ORDER - 1

(5) The Clerk shall send copies of this Order to the parties and to Magistrate Judge Creatura.

IT IS SO ORDERED.

Dated this 3rd day of March, 2020.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge